# UNITED STATES COURT OF APPEALS
# FOR DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **SEED COMPANY, LTD.** and **SHIGERU TAMAI**  Appellants,  v.  **WILLIAM F. WESTERMAN,** *et al.*,  Appellees. | Case No. 14-7126 |

## SUGGESTION OF DEATH

Pursuant to F.R.A.P. 43(a), undersigned counsel regretfully inform this Court that Appellee William F. Westerman died on January 3, 2015. The decedent does not have a personal representative at this time.

Respectfully submitted,

_____/s/_____
Mark London
Christopher B. Mead
Lance Robinson
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C.  20036
(202)-331-3334
(202)-785-4280
shark@londonandmead.com
cmead@londonandmead.com
lrobinson@londonandmead.com

*Counsel for William Westerman*

Dated: January 7, 2015

# **CERTIFICATE OF SERVICE**

I certify that on January 7, 2015, I served a copy of the above Suggestion of Death by ECF on:

| | |
|---|---|
| Paul J. Maloney<br>Peter Glaws<br>Carr Maloney, PC<br>2000 L Street, NW, Suite 450<br>Washington, DC 20036<br><br>Counsel for Defendants Kratz,<br>Quintos & Hanson, LLP; Armstrong,<br>Kratz, Quintos, Hanson & Brooks, LLP;<br>Armstrong, Westerman & Hattori, LLP;<br>and Armstrong, Westerman, Hattori,<br>McLeland &Naughton, LLP | Creighton R. Magid<br>Dorsey & Whitney, LLP<br>1801 K Street, NW<br>Suite 750<br>Washington, DC 20006<br><br>Paul Meiklejohn<br>James E. Howard<br>Todd S. Fairchild<br>Lauren B. Rainwater<br><br>Dorsey & Whitney, LLP<br>701 Fifth Avenue<br>Suite 6100<br>Seattle, WA 98104<br><br>Counsel for Plaintiffs Seed<br>Company, Ltd. and Shigeru<br>Tamai |

_____/s/_____
Christopher Mead